# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAFIK VARTANPOUR,
                        Appellant,
              vs.
CHRISTINA GWYN LLOYD,
                        Respondent.

No. 80791

FILED

MAR 2 ~ ~~~

ELIZA~~~~ ~~ ~~OWN
CLERK ~~ ~~~~~~ COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying appellant's motion for visitation with the minor child. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

Review of the documents before this court reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Although a court rule authorizes an appeal to be taken from a special order after final judgment, *see* NRAP 3A(b)(8), to be appealable as a special post-judgment order, the order must affect the rights of a party growing out of the final judgment. *Gumm v. Mainor*, 118 Nev. 912, 59 P.3d 1220 (2002). The order challenged on appeal denies appellant's motion for visitation with his minor child. However, it appears that he was not granted visitation in the decree entered in 2013. Because the order challenged on appeal does not affect the

20-11664

rights of any party growing out of the decree establishing custody, this court lacks jurisdiction to consider this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Stiglich                                               Silver

cc:    Hon. Denise L. Gentile, District Judge, Family Court Division
       Rafik Vartanpour
       Christina Gwyn Lloyd
       Eighth District Court Clerk